3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CRIMINAL NO.

VIO:      18 U.S.C. §1343
Wire Fraud

-vs-

D-1   BLAIR A. LANGSTON,

Defendant.

_____/

Case:2:08-cr-20505
Judge: Cohn, Avern
MJ: Komives, Paul J
Filed: 09-25-2008 At 03:15 PM
INFO: USA V. LANGSTON (NH)

# I N F O R M A T I O N

THE GRAND JURY CHARGES:

## COUNT ONE
D-1 BLAIR A. LANGSTON
(*18 U.S.C. §1343 -- Wire Fraud*)

On or about March 27, 2007, in the Eastern District of Michigan, Southern Division, defendant BLAIR A. LANGSTON, having knowingly devised and executed a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, for the purposes of executing the scheme, transmitted and caused to be transmitted writings, signs, signals, and sounds by means of wire communication in interstate commerce.  LANGSTON fraudulently posed as an innocent third party to obtain from American Express, charge  cards in the name of the third person.

Thereafter, defendant LANGSTON used the fraudulently obtained charge cards to purchase items in the name of the third person.  On the above date, in furtherance of the above described fraud scheme, defendant LANGSTON made a telephone call from Michigan to Utah to initiate the issuance by American Express of the above described charge cards.

All in violation of  Title 18 of the United States Code, Section 1343.

TERRENCE BERG
Acting United States Attorney

S/PAUL BURAKOFF
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone: (313) 226-9631
E-Mail: paul.burakoff@usdoj.gov
Bar No. P28212

Dated: September 25, 2008

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case:2:08-cr-20505<br>Judge: Cohn, Avern<br>MJ: Komives, Paul J<br>Filed: 09-25-2008 At 03:15 PM<br>INFO: USA V. LANGSTON (NH) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| Companion Case Information | Companion Case Number: |
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes     ☐ No | AUSA's Initials: |

**Case Title:** USA v.  Blair A. Langston

**County where offense occurred :**  _Wayne County_

**Check One:**     (x) Felony          ( ) Misdemeanor          ( ) Petty

_____Indictment/__ X _Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:** ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____     **Judge:** _____

☐     Original case was terminated; no additional charges or defendants.
☐     Corrects errors; no additional charges or defendants.
☐     Involves, for plea purposes, different charges or adds counts.
☐     Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                    **Charges**

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 25, 2008
Date

PAUL BURAKOFF
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9631
Fax: (313) 226-2873
E-Mail address: Paul. Burakoff@usdoj.gov
Attorney Bar #:  P28212