7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>D-1   BLAIR A. LANGSTON,<br><br>              Defendant.<br>_____/ | 08-20505<br>Judge: Avern Cohn<br>MJ: Komives, Paul<br>Filed: 11-25-08 @ 4:32 PM<br>INDI USA V SEALED MATTER (DA)<br><br>18 U.S.C. §§ 1029(a)(2)<br>and (b)(1)<br>(Use and Attempted Use of an<br>Unauthorized Access Device)<br><br>18 U.S.C. §§ 1028A(a)(1)<br>(Aggravated Identity Theft) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### GENERAL ALLEGATIONS

At times relevant to this Indictment, in the Eastern District of Michigan, Southern Division, and elsewhere:

1.    Trevor C., an innocent third party with no connection to defendant BLAIR A. LANGSTON, held a charge account with American Express (AMEX), a corporation doing business in the Eastern District of Michigan.

2.    In or about March 2007, defendant LANGSTON contacted AMEX and provided personal information regarding Trevor C., which caused AMEX to issue at least three additional charge cards in Trevor C.'s name and the name of

Trevor C.'s spouse (the unauthorized charge cards), and mail the cards to an address to which defendant LANGSTON or a confederate had access.

3.  From March 2007 through April 2007, defendant LANGSTON used the unauthorized charge cards to purchase from various retail merchants (the merchants), numerous items and services including jewelry, retail store gift cards, and electronic devices.

4.  Defendant LANGSTON opened an AMEX merchant account in the name of "Exclusive Recordings," a business defendant, as the owner, had previously registered with the City of Detroit, Michigan. Thereafter, in April 2007 defendant LANGSTON fraudulently attempted to seek reimbursement from AMEX for an aggregate of at least $124,500.00 in fictitious purchases defendant LANGSTON claimed were made from Exclusive Recordings using one of the unauthorized charge cards.

5.  As the result of the acts described above, defendant obtained or attempted to obtain from AMEX and the merchants, items, services, and cash reimbursements of an aggregate value exceeding $260,000.00.

## COUNTS ONE through FIVE
## 18 U.S.C. §1029(a)(2)
## Unauthorized Use of an Access Device
## D-1   BLAIR A. LANGSTON

6.  The allegations of all preceding paragraphs are realleged for this count.

7.  Beginning in March 2007, and continuing through April 2007, this

time period being approximate, in the Eastern District of Michigan, defendant BLAIR A. LANGSTON did knowingly and with the intent to defraud, use one or more unauthorized access devices during a one-year period, and by such conduct did obtain things of value which totaled $1,000.00 or more during that period; that is, LANGSTON did, without authorization, use an American Express charge account number assigned to Trevor C. to purchase more than $1,000.00 in goods and services from the following retail merchants on the below designated dates, with each date constituting a separate count of this Indictment:

| Count | Date | Merchant | Purchase Amount | Card No. |
|---|---|---|---|---|
| 1. | 3/24/07 | Best Buy, Roseville MI | $ 3,624 | XXX5001 |
| 2. | 3/25/07 | Hutch's Jewelry, Dearborn MI | $13,000 | XXX5001 |
| 3. | 3/26/07 | Aires Jewelry, Los Angles CA | $26,600 | XXX5001 |
| 4. | 3/26/07 | Macy's, Mason, OH | $12,000 | XXX5001 |
| 5. | 4/10/07 | Radio Shack | $ 2,331 | XXX2003 |

All in violation of Title 18, United States Code, Section 1029(a)(2).

### COUNTS SIX through NINE
### 18 U.S.C. §§1029(a)(2) and (b)(1)
### Attempted Unauthorized Use of an Access Device
### D-1   BLAIR A. LANGSTON

8. The allegations of all preceding paragraphs are realleged for this count.

9. In or about April 2007, in the Eastern District of Michigan, defendant

3

BLAIR A. LANGSTON did knowingly and with the intent to defraud, use one or more unauthorized access devices during a one-year period, and by such conduct did attempt to obtain things of value which totaled $1,000.00 or more during that period; that is, LANGSTON did, without authorization, use an American Express charge account number assigned to Trevor C. to submit to American Express fraudulent claims by "Exclusive Recordings," a business owned by defendant, for fictitious purchases made using the charge account number for more than $1,000.00 in goods and services. Each claim, set forth below, constitutes a separate count of this Indictment:

| Count | Date | Merchant | Claimed Purchase Amount | Card No. |
|---|---|---|---|---|
| 6. | 4/5/07 | Exclusive Recordings | $ 2,500 | XXX2003 |
| 7. | 4/7/07 | Exclusive Recordings | $50,000 | XXX2003 |
| 8. | 4/7/07 | Exclusive Recordings | $65,000 | XXX2003 |
| 9. | 4/10/07 | Exclusive Recordings | $ 7,000 | XXX2003 |

All in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1).

### COUNT TEN
**18 U.S.C. §§1028A(a)(1)**
**Aggravated Identity Theft**
**D-1 BLAIR A. LANGSTON**

10. The allegations of all preceding paragraphs are realleged for this count.

4

11.     On or about March 23, 2007, in the Eastern District of Michigan, defendant BLAIR A. LANGSTON, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the name of Trevor C., during and in relation to a felony violation relating to fraud and false statements, that is, Use of an Unauthorized Access Device, as charged in Counts One through Four, set forth above.

All in violation of Title 18, United States Code, Section 1028A.

**COUNT ELEVEN**
**18 U.S.C. §§1028A(a)(1)**
**Aggravated Identity Theft**
**D-1 BLAIR A. LANGSTON**

12.     The allegations of all preceding paragraphs are realleged for this count.

13.     On or about March 30, 2007, in the Eastern District of Michigan, defendant BLAIR A. LANGSTON, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, the name of Trevor C., during and in relation to a felony violation relating to fraud and false statements, that is, Use and Attempted Use of an Unauthorized Access

Device, as charged in Counts Five through Eight, set forth above.

All in violation of Title 18, United States Code, Section 1028A.

**THIS IS A TRUE BILL**

*s/Grand Jury Foreperson*
Grand Jury Foreperson

Dated:

**TERRENCE BERG**
Acting United States Attorney

*s/Paul Burakoff*
**PAUL BURAKOFF**
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9631
Paul.Burakoff@usdoj.gov
P28212

Dated: November 25, 2008

6

| United States District Court<br>Eastern District of Michigan | Criminal Case | 08-20505<br>Judge: Avern Cohn<br>MJ: Komives, Paul<br>Filed: 11-25-08 @ 4:32 PM<br>INDI USA V SEALED MATTER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form t

### Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Companion Case Number: |
|---|---|
| ☐ Yes    ☐ No | Judge Assigned: |
| | AUSA's Initials: |

Case Title: USA v. __Blair A. Langston__

County where offense occurred : __Wayne County__

Check One:        (x) Felony              ( ) Misdemeanor              ( ) Petty

____Indictment/____Information --- **no prior complaint.**
_X_ Indictment/____Information --- based upon prior information [Case number: 08-20505]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

### Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                              **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 25, 2008
Date

PAUL BURAKOFF
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9631
Fax: (313) 226-2873
E-Mail address: Paul.Burakoff@usdoj.gov
Attorney Bar #: P28212