UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CRIMINAL NO. 08-20505

VIO:    18 U.S.C. §1343
           Wire Fraud

-vs-

HON.    Avern Cohn

D-1  BLAIR A. LANGSTON,

    Defendant.
_____/



## SUPERSEDING INFORMATION

THE UNITED STATES CHARGES:

**COUNT ONE**
D-1 BLAIR A. LANGSTON
(*18 U.S.C. §1343 -- Wire Fraud*)

On or about March 27, 2007, in the Eastern District of Michigan, Southern Division, defendant BLAIR A. LANGSTON, having knowingly devised and executed a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, for the purposes of executing the scheme, transmitted and caused to be transmitted writings, signs, signals, and sounds by means of wire communication in interstate commerce.  LANGSTON fraudulently posed as an innocent third party to obtain from American Express, charge cards in the name of the third party.

Thereafter, defendant LANGSTON used the fraudulently obtained charge cards to purchase items in the name of the third party. On the above date, in furtherance of the above described fraud scheme, defendant LANGSTON made a telephone call from Michigan to Utah to initiate the issuance by American Express of the above described charge cards.

All in violation of Title 18 of the United States Code, Section 1343.

BARBARA L. MCQUADE
United States Attorney

S/PAUL BURAKOFF
PAUL BURAKOFF
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
phone: 313-226-9631
e-mail: Paul.Burakoff@usdoj.gov
Bar no.:P28212

Date: June 20, 2010

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>08-20505 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [✓]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Hon. Avern Cohn |
| ☐ Yes    ☒ No | AUSA's Initials: _(signature)_ |

Case Title: USA v. D-1 Blair D. Langston

County where offense occurred: Wayne

Check One:   ☒ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/ ✓ Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

**Superseding Case Information**

Superseding to Case No: 08-20505            Judge: AVERN COHN
☐    Original case was terminated; no additional charges or defendants.
☐    Corrects errors; no additional charges or defendants.
☒    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 20, 2010
Date

PAUL BURAKOFF
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9631
Fax: (313) 226-2873
E-Mail address: paul.burakoff@usdoj.gov
Attorney Bar #: P28212

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09